UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN GOLD SEAFOODS, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO. C18-5425JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter (Stip. (Dkt. # 161) at 1) and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. The pending motion to strike an affirmative defense (Mot. (Dkt. # 160)) is DENIED as moot. The parties ask in their joint stipulation for the court to withdraw or strike its June 22, 2020, order. (Stip. at 1-2.)

ORDER - 1

1  Although the court will not withdraw or strike its prior order, the court will instead seal
2  the order.  Accordingly, the Clerk is DIRECTED to seal the court's June 22, 2020, order
3  (Dkt. # 138).
4      In the event settlement is not perfected, any party may move to reopen the case,
5  provided such motion is filed within **60** days of the date of this order. Any trial date and
6  pretrial dates previously set are hereby VACATED.
7      Dated this 4th day of January, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2